**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date:   March 16, 2012 |
| Court Reporter:    Paul Zuckerman | |
| Interpreter:         Catherine Bahr | |

Civil Action No. 12-cv-00355-MSK

| | |
|---|---|
| *Parties*: | *Counsel Appearing:* |
| BRENDA SANDOVAL, | Donna Pryor |
| | Marci Fulton |
| Plaintiff, | |
| v. | |
| ALEX ORTEGA on behalf of A.D.J.O.S., | Alex Ortega, *pro se* |
| Defendant. | |

---

**COURTROOM MINUTES**

---

HEARING:     Evidentiary

**1:38 p.m.     Court in session.**

Interpreter sworn.

The Court addresses preliminary matters with counsel and the parties.

**ORDER:**     Motion for Default Judgment **(Doc. #27)** is **DENIED.**

The parties agree that Exhibits 2-6 may be considered by the Court.

**EXHIBITS:   RECEIVED:        2, 3, 4, 5, 6**

**Witness sworn remotely for the Petitioner : Brenda Sandoval - by telephone**
**1:57 p.m.**     Direct Examination by Ms. Pryor.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

No cross examination of witness.

**Witness sworn remotely for the Petitioner : Maria Del Carmen Sandoval Espino  - by telephone:**
**2:28 p.m.**        Direct Examination by Ms. Fulton.

**2:38 p.m.**        **Court in recess**
**2:57 p.m.**        **Court in session**

**Witness sworn  for the Respondent : Alex Ortega :**
 **2:58 p.m.**        Direct Examination by Mr. Ortega.

Cross examination of witness by Ms. Pryor.

Oral findings and conclusions of  law are made of record and incorporated herein.

**ORDER:**        The petition **(Doc. #1)** is **GRANTED.**  The minor child will  be returned forthwith to Mexico at his  father's expense.  The Court will retain the passport of the minor child pending his transport to Mexico.  Respondent will provide petitioner's counsel no later than 5:00 on Monday March 19, 2012 proof of a plane ticket for himself and the minor child and orders extending respondent's leave to allow transport of the child Mexico.  If this  is not supplied to counsel for Petitioner by 5:00 p.m. on Monday,  then counsel may arrange to have Ms. Sandoval's sister travel  to the United States to transport and accompany the minor child  back to Mexico.  Petitioner's counsel will provide the Court with a proposed Order incorporating the Court's order.

**4:19 p.m.**        **Court in recess.**

**Total Time:    2 hours 22 minutes.**
**Hearing concluded.**